UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAFFAELINA IANNOTTA,

    Plaintiff,

v.   Case No.:  2:22-cv-608-JLB-KCD

L'OLIVO SOUTH AVENUE, LLC,
GEORGE SALAMA, FEIBI
GOUDA and GERGES ESKANDR,

    Defendants.
_____/

## ORDER

This case was before the Court for oral argument on Plaintiff's Motion to Compel. (Doc. 61.) For the reasons explained on the record, the motion is **granted and part and denied in part**. Defendants are directed to update the specific interrogatory answers outlined by the Court. Plaintiff's request for fees under Fed. R. Civ. P. 37 is denied.

**ORDERED** in Fort Myers, Florida this July 27, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record